

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 00 C 3885 | **DATE** | 6/17/2003 |
| **CASE TITLE** | Trans Union, LLC vs. Credit Research, Inc et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. As we previously indicated we would do, we appoint Allen L. Berger as Special Master. The Special Master's role will be essentially that of an auditor. The Special Master, in his recommendation, shall estimate the probable costs of what he is recommending. The Special Master shall furnish the court with his recommendation within a reasonable time.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | JUN 18 2003 | Document Number |
| | Notices mailed by judge's staff. | | number of notices | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | 03 JUN 18 AM 8:20 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRANS UNION, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 00 C 3885 |
| ) | |
| CREDIT RESEARCH, INC., and CREDIT ) | |
| BUREAU OF CARMEL AND PEBBLE ) | |
| BEACH, INC., ) | |
| ) | |
| Defendants. ) | |
| CREDIT BUREAU OF CARMEL AND ) | |
| PEBBLE BEACH, INC., a California ) | |
| corporation, et al., ) | |
| ) | |
| Counter-Plaintiffs. ) | |
| ) | |
| vs. ) | |
| ) | |
| TRANS UNION LLC, a Delaware limited ) | |
| liability company, et al., ) | |
| ) | |
| Counter-Defendants.) | |

DOCKETED
JUN 1 8 2003

MEMORANDUM OPINION AND ORDER

As we previously indicated we would do, we appoint Allen L. Berger as Special Master. The parties have very differing perceptions as to the scope of the reference, with defendant further suggesting that the Special Master recommend an Order of Reference after consulting with the parties. We think that is a sound approach, subject to the following constraints:

1. The Special Master's role will be essentially that of an auditor;

2. The scope of the reference should be governed by the concerns previously

expressed by the court, by the availability of records after the Special Master has an understanding of the plaintiff's system and the availability of such records, and by a recognition that any audit should be cost-effective, *i.e.,* the resources available to compensate the Special Master are limited and the possible recovery may justify some audit procedures but not others;

3. The Special Master, in his recommendation, shall estimate the probable costs of what he is recommending.

The Special Master shall furnish the court with his recommendation within a reasonable time.

JAMES B. MORAN
Senior Judge, U. S. District Court

June 17, 2003.